UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jerry King, Jr. and Yvonna Cross,

       Plaintiffs,                              Case No. 07-11359

v.                                                  Hon. Nancy G. Edmunds

OCWEN, et. al.,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION DATED MARCH 27, 2008

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation dated March 27, 2008. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation dated March 27, 2008. It is further ordered that Defendant U.S. Bank National Association, America's Servicing Company and Credit Suisse's Motion for Judgment on the Pleadings and/or Motion for Summary Judgment is granted as to Count I of the Amended Complaint, granted as to Plaintiff Yvonne Cross in Count II of the Amended Complaint, and denied as to Plaintiff Jerry King, Jr. in Count II of the Amended Complaint.

      SO ORDERED.


                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: May 14, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2008, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager