UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jerry King, Jr. and Yvonna Cross,

    Plaintiffs,                                        Case No. 07-11359

v.                                                       Hon. Nancy G. Edmunds

OCWEN, et. al.,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION DATED APRIL 14, 2008

This matter has come before the Court on the Magistrate Judge's Report and Recommendation dated April 14, 2008. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation dated April 14, 2008. It is further ordered that Plaintiff's Motion for Summary Disposition, Request for Damages and Sanctions is denied.

    SO ORDERED.


                                                 s/Nancy G. Edmunds
                                               Nancy G. Edmunds
                                               United States District Judge

Dated: May 14, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2008, by electronic and/or ordinary mail.

                                               s/Carol A. Hemeyer
                                               Case Manager