# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **JERRY KING JR. and YVONNE CROSS,**<br>Plaintiffs,<br><br>vs.<br><br>**OCWEN; AMERICAN SERVICING CENTER; CREDIT SUISSE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM; HSBC BANK USA, N.A.; NOMURA HOME EQUITY LOAN, Inc.; U.S. BANK NATIONAL ASSOCIATION; TROTT and TROTT P.C.,**<br>Defendant, | Case No. 2:07-cv-11359<br>Hon. Nancy G. Edmunds<br>Referral: Hon. Donald Scheer<br><br>FILED '08 AUG 18 P 4:42 |
| Jerry King Jr.<br>In Properia Persona<br>c/o General Delivery<br>Detroit, Michigan 48226<br>313.646.0673 | Yvonne Cross<br>In Properia Persona<br>P.O. Box 02913<br>Detroit, Michigan 48202<br>313.221.4102 |
| TROTT & TROTT, P.C.<br>Michelle K. Clark (P55841)<br>Attorneys for Defendants Trott & Trott, P.C.,<br>U.S. Bank National Association,<br>America's Servicing Company & Credit Suisse<br>31440 Northwestern Hwy., Ste. 200<br>Farmington Hills, Michigan 48334<br>248.594.5271 | Potestivo & Associates, P.C.<br>By: Mark E. Bredrow (P48744)<br>For HSBC Bank & Ocwen<br>811 South Blvd., Ste. 100<br>Rochester Hills, Michigan 48037<br>248.853.4400 |

### EMERGENCY EX-PARTE MOTION FOR AN EXTENSION OF TIME TO ANSWER TROTT & TROTT PC.S RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION FOR ADJOURNMENT OF HEARING SCHEDULED FOR AUGUST 20, 2008.

Now comes, Jerry King Jr. El and Yvonne Cross, In Properia Personna, (hereafter "Plaintiffs") by and through themselves petitioning this Honorable Court to grant an extension

of time in order for us to rebut Trott & Trott's Renewed motion for the following reasons:

1. We just received this motion because of mail forwarding.
2. We need two weeks to properly answer the motion before us.

WHEREFORE THE PLAINTIFFS prays that this Honorable Court immediately grant this Motion for an extension of time and adjournment to protect Plaintiffs from any additional irreparable harm.

_____
Yvonne Cross

Dated: August 18, 2008

## CERTIFICATE OF SERVICE

I, Yvonne Cross states that copies on Trott & Trott PC on Monday, August 18, 2008 by first class mail service.


Kelley Callard
31440 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334


**UNITED STATES POSTAL SERVICE**
**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Jerry King and Yvonne Cross
P.O. Box 02913
Detroit, MI 48202

To: Trott & Trott PC
c/o Michelle Clark
31440 Northwestern Hwy #200
Farmington Hills, MI 48334

PS Form 3817, April 2007  PSN 7530-02-000-9065

# First Class Mail

Forward To: P.O. Box 02913

Yvonne A. Cross
858 Edison
Detroit, MI 48202





