UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY KING JR. and YVONNE CROSS,

        Plaintiffs,

v.

OCWEN, et al.,

        Defendants.
_____/

CIVIL ACTION NO. 07-11359

DISTRICT JUDGE NANCY G. EDMUNDS

MAGISTRATE JUDGE DONALD A. SCHEER

### ORDER GRANTING TROTT AND TROTT, P.C.'S MOTION TO STRIKE DOCKET NOS. 59 AND 61

This matter is before the magistrate judge on Trott and Trott, P.C.'s Motion to Strike Docket No. 59 and Docket No. 61. No response to the motion has been filed. Having examined the motion, as well as the submissions of Yvonne Cross on August 18, 2008 (Docket Entry 59) and August 20, 2008 (Docket Entry 61), I find that the motion should be granted.

As correctly stated in the Motion to Strike, all claims of Yvonne Cross in this action were dismissed by the court on May 14, 2008. As Yvonne Cross is no longer a party in interest, and in view of the fact that the challenged submissions have no relevance to any issue remaining in this case, it is ordered that the document entitled Bill of Lading - Evidence File Only (Docket Entry 59), filed on August 18, 2008, and the document entitled Petition in the Nature of a Motion for Summary Judgment Pursuant to MCR 2.116(A)(1)(2)

and Default Judgment (Docket Entry 61) are both ordered stricken from the record of this cause.

                s/Donald A. Scheer
                DONALD A. SCHEER
                UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2009

_____

### CERTIFICATE OF SERVICE

     I hereby certify on February 6, 2009 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 6, 2009: **Jerry King, Jr.**

                s/Michael E. Lang
                Deputy Clerk to
                Magistrate Judge Donald A. Scheer
                (313) 234-5217