UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY KING JR. and YVONNE CROSS,

        Plaintiffs,

v.

OCWEN, et al.,

        Defendants.
_____/

CIVIL ACTION NO. 07-11359

DISTRICT JUDGE NANCY G. EDMUNDS

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER GRANTING AMERICA'S SERVICING COMPANY'S MOTION TO CORRECT CASE CAPTION

Before the court is America's Servicing Company's Motion to Correct Case Caption. No response has been filed to the motion. And it appearing that the moving Defendant was incorrectly named in the Amended Complaint, it is Ordered that the caption of this cause shall be corrected to change the Defendant "American Servicing Center" to "America's Servicing Company."

        s/Donald A. Scheer
        DONALD A. SCHEER
        UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2009
_____

### CERTIFICATE OF SERVICE

I hereby certify on February 6, 2009 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 6, 2009: **Jerry King, Jr.**

        s/Michael E. Lang
        Deputy Clerk to
        Magistrate Judge Donald A. Scheer
        (313) 234-5217